United States District Court
Southern District of Texas
**ENTERED**
June 05, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ROBERT LEE VALENCIA | § | |
| | § | |
| Plaintiff | § | |
| VS. | § | CIVIL ACTION NO. 2:16-CV-85 |
| | § | |
| UNITED STATES OF AMERICA | § | |

# FINAL JUDGMENT

Following the four-day bench trial beginning on April 16, 2018, and pursuant to the Court's findings of fact and conclusions of law entered this day, it is hereby

**ADJUDGED** and **ORDERED** that Plaintiff Robert Lee Valencia recover from Defendant United States of America the total sum of $60,049.65, with post-judgment interest at the rate of **2.23%** per annum from date of judgment until paid.

ORDERED this 4th day of June, 2018.

_____
Jason B. Libby
United States Magistrate Judge